UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Plaintiff-in-Interpleader, | NO. C08-102MJP |
| v. | MINUTE ORDER |
| KELLY TURNER, a single woman; and VIRGINIA PRIGGE, on behalf of minor children C.A.T. and T.A.T., | |
| Defendants-in-Interpleader. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed Defendant in Interpleader Prigge's Motion for Default Judgment (Dkt. No. 20). The Court is not prepared to sign the proposed Default Judgment until the following information is submitted and corroborated:

1. Proof that Defendant-in-Interpleader Prigge is not simply a parent, but is authorized to act on behalf of the minor children C.A.T. and T.A.T. as their legal guardian.

2. Proof that the funds at issue will be placed in a blocked bank account which is restricted solely for the use of the minor children C.A.T and T.A.T. upon their attaining the age of majority; or, if withdrawn earlier, then under what circumstances and for what purpose.

MINUTE ORDER

The Motion for Default Judgment is DENIED, subject to Defendant-in-Interpleader Prigge re-noting a motion which addresses the Court's concerns as outlined above.

Filed this 14th day of July, 2008.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
      Deputy Clerk

MINUTE ORDER