UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

METROPOLITAN LIFE INSURANCE
COMPANY,

         Plaintiff(s),

     v.

KELLY TURNER, a single woman; and
VIRGINIA PRIGGE, on behalf of minor children
C.A.T. and T.A.T.,

         Defendants-in-Interpleader.

NO. C08-102MJP

ORDER TO SHOW CAUSE

On July 14, 2008, this Court issued an order denying a motion for default judgment, with an invitation to Defendant in Interpleader Prigge to file an amended motion correcting certain defects noted in the order (Dkt. No. 25). To date, nothing further has been filed.

IT IS ORDERED that the parties shall SHOW CAUSE by **October 31, 2008** why this matter should not be dismissed for failure to move the litigation forward.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: October 21, 2008

_____
Marsha J. Pechman
U.S. District Judge

**ORD ON - 1**